MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

TRACIE L. BROWN (CABN 184339)
Assistant United States Attorneys
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: tracie.brown@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0500 SI |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING |
| JOSUE LOAYZA, | |
| Defendant. | |

    This matter is currently set for sentencing on June 15, 2012.  In light of the nature of the Defendant's plea agreement, and the fact that three of his co-Defendants have not yet resolved their cases, the parties hereby seek to continue the sentencing to August 24, 2012 at 11:00 a.m., or such other date as may be convenient for the Court.  (The proposed sentencing date of August 24, 2012 has been pre-cleared with Probation Officer Brian Casai and the Court's Courtroom

///

///

///

STIP. AND [PROP.] ORDER TO CONTINUE SENTENCING
No. CR 11-0500 SI (LOAYZA)

Deputy, Ms. Tracy Kasamoto.)

DATED: May 16, 2012                     Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                              /s/
                                              TRACIE L. BROWN
                                              Assistant United States Attorney

DATED: May 16, 2012                     /s/
                                              JOHN JORDAN
                                              Counsel for the Defendant

[PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the sentencing hearing, currently set for May 18, 2012, shall be continued to August 3, 2012 at 11:00 a.m.

DATED: May 16, 2012

                                              THE HON. SUSAN ILLSTON
                                              United States District Judge

STIP. AND [PROP.] ORDER TO CONTINUE SENTENCING
No. CR 11-0500 SI (LOAYZA)